PATRICK EMANUEL, Appellant, *v.* SHERIFF, WASHOE COUNTY, NEVADA, Respondent.

No. 7984

December 23, 1974                    528 P.2d 1331

*Gary C. Backus,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E. Rose,* District Attorney, and *Calvin Dunlap,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

In this appeal from an order denying habeas corpus, appellant contends the prosecution failed to adduce sufficient evidence to establish probable cause that he committed the crimes charged. We agree; accordingly, we reverse.